UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS RAMIREZ,

    Plaintiff,

v.                                Case No: 8:19-cv-482-T-36TGW

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.,

    Defendant.
_____/

## O R D E R

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Doc. 45). In accord with the Joint Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 45).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 18, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record